```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                                2:15-cr-44-3

Richard "Ricky" Smith

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 59) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the information, and he is hereby adjudged guilty on that count.

Date: August 27, 2015                s\James L. Graham
                                        James L. Graham
                                        United States District Judge